

**Levi Y. Eidelman | Attorney**
P: (480) 626-1333 | D: (718) 360-0763
E: leidelman@consumerattorneys.com

July 21, 2023

**VIA ECF**

The Honorable Jessica S. Allen
Martin Luther King Building & U.S. Courthouse
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

>   RE:   *Sean P. Smith v. Experian Information Solutions, Inc.*
>           District of New Jersey, Case No. 2:22-cv-06471-MCA-JSA
>           Opposed Letter Motion to Lift Stay

Dear Judge Allen:

Plaintiff Sean P. Smith ("Plaintiff") filed this action on November 4, 2022, against defendant Experian Information Solutions, Inc's ("Experian") to recover damages for Experian's violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.* (ECF No. 1).

On March 1, 2023, Experian filed a Motion to Compel Arbitration (the "Motion") (ECF No. 11). On April 11, 2023, after the Motion had been fully briefed, the parties advised the Court, *via* Joint Status Letter, that they had "mutually agreed to stay discovery in anticipation of the Court's ruling on the Motion" (ECF No. 16). Pursuant to the parties' request, the Court entered an order on April 13, 2023, that stayed discovery (ECF No. 17).

Now, Plaintiff respectfully requests that the Court lift the stay of discovery. Plaintiff had agreed to Experian's request to stay discovery for a time, as a professional courtesy, in anticipation of a forthcoming ruling on its Motion. However, Plaintiff's right to pursue his claim, vindicate his statutory rights, and obtain relief, need not be put on hold any longer merely because Experian *might* prevail on a Motion that it had filed nearly five months ago, in an action that Plaintiff had filed in November of 2022.

"There is truth to the adage that justice delayed is justice denied." *A.P.I. Inc. v. Broadway Elec. Serv. Corp*., Civil Action No. 2:23-cv-552, 2023 U.S. Dist. LEXIS 87704, at *16 (W.D. Pa. May 16, 2023. Plaintiff asks only that the Court reinstate the *status-quo*, that discovery may proceed, until such time as Experian files a motion to stay discovery and the Court thereafter makes a determination on that question with the benefit of full briefing by the parties.

As such, Plaintiff respectfully requests the Court enter an Order lifting the stay so that the parties may resume the discovery process unimpeded.

      Plaintiff appreciates the Court's time and consideration, and should Your Honor need any further information, is available at the Court's convenience.

| | |
|---|---|
| Respectfully submitted, | **CONSUMER ATTORNEYS** <br> */s/ Levi Y. Eidelman* <br> Levi Y. Eidelman <br><br> *Attorneys for Plaintiff Sean P. Smith* |

cc:     All Parties (via ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart
