

Levi Y. Eidelman | Attorney
P: (480) 626-1333 | D: (718) 360-0763
E: leidelman@consumerattorneys.com

April 5, 2024

**VIA ECF**
The Honorable Jessica S. Allen
Martin Luther King Building & U.S. Courthouse
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

        RE:    *Sean P. Smith v. Experian Information Solutions, Inc.*
                 District of New Jersey, Case No. 2:22-cv-06471-MCA-JSA
                 Letter Motion to Lift Stay

Dear Judge Allen:

        Plaintiff Sean P. Smith ("Plaintiff") filed this action on November 4, 2022, against defendant Experian Information Solutions, Inc's ("Experian") to recover damages for Experian's violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.* (ECF No. 1).

        On September 15, 2023, the Court entered an Order (ECF No. 20) granting Experian's Motion to Compel Arbitration and Stay the above-referenced action. In Judge Arleo's Order, the court quoted the Supreme Court's decision in *Henry Schein, Inc.*, 139 S. Ct. 524, 529 (2019): "[w]hen the parties' contract delegates the arbitrability question to an arbitrator . . . a court possesses no power to decide the arbitrability issue. That is true even if the court thinks that the argument that the arbitration agreement applies to a particular dispute is wholly groundless." (Emphasis in original).

        Accordingly, Plaintiff initiated an arbitration in the American Arbitration Association ("AAA") forum. There, the parties briefed the threshold question of whether Plaintiff's claims may be compelled to arbitration. On April 5, 2024, AAA Arbitrator Laura A. Kaster concluded that Plaintiff's claims are not within the scope of the purportedly relevant arbitration provision and ruled that Plaintiff's claims "are hereby returned to the Federal District Court for the District of New Jersey." *See* **Exhibit A**.

        Based on that ruling, Plaintiff respectfully requests that the Court lift the stay, and permit the parties to proceed with the case in the District of New Jersey. In support of which, Plaintiff attaches the Arbitrator's Order hereto as **Exhibit A**.

        Plaintiff appreciates the Court's time and consideration, and should Your Honor need any further information, is available at the Court's convenience.

Respectfully submitted,     **CONSUMER ATTORNEYS**
     */s/ Levi Y. Eidelman*
     Levi Y. Eidelman

     *Attorneys for Plaintiff Sean P. Smith*

cc:     All Parties (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

     **CONSUMER ATTORNEYS**

     By: */s/ Sierra M. Stewart*
     Sierra M. Stewart

(*) Plaintiff's unopposed request (ECF No. 23) to lift the stay is granted.

     **SO ORDERED**

5/15/24     **/S/ Jessica S. Allen**
     **Jessica S. Allen, U.S.M.J.**